**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SOUTHERN FAMILY INSURANCE COMPANY as Subrogee of GREGORY & MICHELLE GREEN,**

**Plaintiff,**

**v.** **Case No. 8:05-cv-1098-T-30MSS**

**ELECTROLUX HOME PRODUCTS, INC., et al.,**

**Defendants.**
**________________________________________/**

## ORDER OF DISMISSAL

The Court has been advised by defense counsel Lewis F. Collins, Jr. that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on February 1, 2007.

James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1098.dismissal.wpd